### KNIGHT v. STATE.
### No. 21641.

Court of Criminal Appeals of Texas.
June 11, 1941.

D. F. Sanders, of Beaumont, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Under an information charging aggravated assault, the appellant was convicted of simple assault and his punishment assessed at a fine of $10.

The record is before us without a statement of facts or bills of exception.

No errors appearing of record, the judgment of the trial court is affirmed.

PER CURIAM.
The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.